IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-3-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LEE FITZGERALD COWPER, | ) | |
| | ) | |
| Defendant. | ) | |

On September 14, 2011, defendant filed a motion to seal his sentencing memorandum [D.E. 28]. Defendant contends that this court should seal the sentencing memorandum because it contains sensitive information. See id.

The court has reviewed the memorandum in light of governing precedent concerning a trial court's decision to seal information. See, e.g., Press-Enterprise Co. v. Superior Court, 478 U.S. 1, 10–15 (1986); Press-Enterprise Co. v. Superior Court, 464 U.S. 501, 505–10 (1984); Richmond Newspapers, Inc. v. Virginia, 448 U.S. 555, 575–80 (1980); In re State-Record Co., 917 F.2d 124, 127–29 (4th Cir. 1990) (per curiam); Baltimore Sun Co. v. Goetz, 886 F.2d 60, 64–65 (4th Cir. 1989); In re Charlotte Observer, 882 F.2d 850, 852–55 (4th Cir. 1989); In re Washington Post Co., 807 F.2d 383, 388–90 (4th Cir. 1986); In re Knight Publ'g Co., 743 F.2d 231, 235–36 (4th Cir. 1984). Defendant has not met his burden of proof. Accordingly, defendant's motion to seal [D.E. 28] is DENIED.

SO ORDERED. This 19 day of September 2011.

JAMES C. DEVER III
United States District Judge